UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLENE ANN HUMPHREY,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security, [1]<br><br>  Defendant. | Case No. C12-1675-RSM-JPD<br><br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 21.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall re-evaluate the severity of plaintiff's impairments,

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Commissioner Michael J. Astrue as the defendant in this suit. **The Clerk of Court is directed to update the docket accordingly, and the parties are ordered to update the caption on all future filings with the Court.**

REPORT AND RECOMMENDATION
PAGE - 1

including mental impairments utilizing the special technique at 20 C.F.R. § 416.920a; re-evaluate the evidence and opinions of Dr. Taylor and other treating and examining doctors; re-evaluate plaintiff's credibility; re-assess plaintiff's residual functional capacity and re-assess whether plaintiff can perform work existing in significant numbers at step five.

Upon proper application, the Court will consider whether reasonable attorney's fees and cost should be awarded pursuant to 28 U.S.C. § 2412(d).  A proposed order accompanies this Report and Recommendation.

DATED this 16th day of April, 2013.

_JAMES P. DONOHUE_
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2